# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01869-PAB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN TIPTON,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN TIPTON

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant, John Tipton from this action <u>with prejudice</u>.  John Tipton was assigned the IP Address 76.120.126.149.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Tipton has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  October 15, 2012

Respectfully submitted,

By:  /s/ *Jason A. Kotzker*
Jason A. Kotzker
Jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO  80163
Phone:  303-875-5386
*Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jason A. Kotzker*
      Jason A. Kotzker